# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-3023
LT Case No. 2020-300149-CFDB

_____

NIKKO SERODIO PIRES,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Dawn D. Nichols, Judge.

Lora S. Scott, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, Casselberry, for Appellant.

Nikko Serodio Pires, Malone, pro se.

Ashley Moody, Attorney General, Tallahassee, and Robin A. Compton, Assistant Attorney General, Daytona Beach, for Appellee.

December 12, 2023

PER CURIAM.

AFFIRMED.

MAKAR, HARRIS, and MACIVER, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————